**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable John K. Sherwood, U.S. Bankruptcy Judge

| **CASE NUMBER:** 16−17428−JKS | **DATE FILED::** 4/18/16 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Marie Altema<br>xxx−xx−4524 | ADDRESS OF DEBTOR(S):<br><br>15 N 7th Street<br>Newark, NJ 07107 |
| DEBTOR'S ATTORNEY:<br>Leressa Crockett<br>Leressa Crockett Attorney at Law, LLC<br>76 South Orange Plaza<br>#103<br>South Orange, NJ 07079<br><br>(973) 378−8882 | TRUSTEE:<br>Nancy Isaacson<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Ave<br>Suite 301<br>Roseland, NJ 07068−3701<br>(973) 535−1600 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

5/8/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: February 8, 2017                                        FOR THE COURT
                                                               Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                                 United States Bankruptcy Court
                                      District of New Jersey

In re:                                                                             Case No. 16-17428-JKS
Marie Altema                                                                       Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-2             User: admin                  Page 1 of 2                   Date Rcvd: Feb 08, 2017
                                 Form ID: noa                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db            #+Marie Altema,    15 N 7th Street,    Newark, NJ 07107-2926
aty            +Thomas Waldman,    Greenbaum Rowe Smith & Davis,     75 Livingston Ave.,    Roseland, NJ 07068-3788
516124904       Action Collection,    PO Box 505,    Linden, MI 48451-0505
516124922      +CVI Loan GT Trust I,    55 Beattie Place,    Greenville, SC 29601-2165
516124915      +Citi Financial, Inc.,    c/o David A. Faloni, Esq.,     Faloni & Associates, LLC,
                 165 Passaic Ave., Suite 301B,    Fairfield, NJ 07004-3592
516124916      +Citibank/Exxon Mobile,    Citicorp Credit Srvs/Centralized Bankru,     Po Box 790040,
                 St Louis, MO 63179-0040
516124917      +Citifinancial/Onemain,    Citifinacial Inc.,    Pob 140489,    Irving, TX 75014-0489
516124920      +Client Services, Inc.,    3451 Harry S. Truman,     Saint Charles, MO 63301-9816
516124921       Convergent Outsourcing, Inc.,    800 SW 29th St,    Renton, WA 98057
516124925      +Financial Services Limited Partnership,     7322 Southwest Freeway,    Suite 1600,
                 Houston, TX 77074-2134
516124926      +Garden State Endoscopy & Surgery,     1700 Galloping Hill Road,    Kenilworth, NJ 07033-1303
516124928      +Kentwood Law Group,    5050 Palo Verde Street,    STE 116,    Montclair, CA 91763-2333
516124930      +Law Firm of Allan C. Smith, P.C,    The Bucks County Office Center,
                 1276 Veterans Highway, Suite E-1,    Bristol, PA 19007-2597
516124932      +National City Mortgage/PNC Mtg,    Attn: Bankruptcy Department,     3232 Newmark Dr.,
                 Miamisburg, OH 45342-5433
516124934      +Northland Group,    PO Box 390846,    Mail Code F160,    Minneapolis, MN 55439-0846
516124935      +Northland Group, Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
516124937      +Rcs/cvi Loan Gt Trust,    Po Box 10497,    Greenville, SC 29603-0497
516124938      +Security Credit Services, LLC,    c/o W. Peter Ragan Jr.,     Ragan & Ragan,
                 3100 Rt. 138 West, Brinley Plaza Bldg. 1,    Wall, NJ 07719-9021
516124940      +The Dermatology Group PC,    347 Mount Pleasant Avenue,     West Orange, NJ 07052-2749
516124942      +Washington Mutual Mortgage/ Chase Home F,     Chase Records Center/Correspondence Mail,
                 700 Kansas Ln Mail Code La4-555,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2017 23:38:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2017 23:38:34      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: ATLASACQU.COM Feb 09 2017 01:54:00      Atlas Acquistions LLC,    AttnL Avi Schild,
                 294 Union Street,    Hackesack, NJ 07601-4303
cr              EDI: RECOVERYCORP.COM Feb 09 2017 01:43:00      Orion,    c/o Recovery Management Systems Corp.,
                 Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,     Miami, FL 33131-1605
516124905       E-mail/Text: ebn@americollect.com Feb 08 2017 23:38:47      Americollect Inc,    Attn: Bankruptcy,
                 Po Box 1566,    Manitowoc, WI 54221
516124907      +EDI: WFNNB.COM Feb 09 2017 01:48:00      Arizona Mail Order,    Wfnnb,    Po Box 182124,
                 Columbus, OH 43218-2124
516152171      +EDI: ATLASACQU.COM Feb 09 2017 01:54:00      Atlas Acquisitions LLC,     294 Union St.,
                 Hackensack, NJ 07601-4303
516124908       EDI: BANKAMER.COM Feb 09 2017 01:50:00      Bank of America,    Attn: Bankruptcy Dept,
                 PO Box 982235,    El Paso, TX 79998-2235
516124909      +EDI: WFNNB.COM Feb 09 2017 01:48:00      Bedford Fair,    Comenity Capital Bank,    Po Box 183003,
                 Columbus, OH 43218-3003
516124910      +EDI: STFC.COM Feb 09 2017 01:52:00      Cach Llc/Square Two Financial,     Attention: Bankruptcy,
                 4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
516124912       E-mail/Text: cms-bk@cms-collect.com Feb 08 2017 23:38:22      Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516124911      +E-mail/Text: cms-bk@cms-collect.com Feb 08 2017 23:38:22      Capital Management Services, LP,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
516124913      +EDI: CAPITALONE.COM Feb 09 2017 01:49:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
516124914      +EDI: CHASE.COM Feb 09 2017 01:48:00      Chase Card Services,    Po Box 15298,
                 Wilmington, DE 19850-5298
516124923      +EDI: TSYS2.COM Feb 09 2017 01:47:00      Dsnb Bloomingdales,    Macy's Bankruptcy Dept.,
                 Po Box 8053,    Mason, OH 45040-8053
516124927       E-mail/Text: bankruptcy.bnc@ditech.com Feb 08 2017 23:38:21      Green Tree Servicing,
                 Attention: Bankruptcy Dept,    Po Box 6154,    Rapid City, SD 57709
516124933      +EDI: NAVIENTFKASMSERV.COM Feb 09 2017 01:39:00      Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
516179835       EDI: RECOVERYCORP.COM Feb 09 2017 01:43:00      Orion,    c/o of Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
516124939       E-mail/Text: bankruptcy@senexco.com Feb 08 2017 23:37:43      Senex Services Corp,
                 3500 Depauw Blvd.,    Suite 3050,    Indianapolis, IN 46268-6135
                                                                                              TOTAL: 19
```

```
District/off: 0312-2           User: admin               Page 2 of 2                   Date Rcvd: Feb 08, 2017
                               Form ID: noa              Total Noticed: 39


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516124906*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
               (address filed with court: Americollect Inc,   Attn: Bankruptcy,   Po Box 1566,
                 Manitowoc, WI 54221)
516124918*     +Citifinancial/Onemain,   Citifinacial Inc.,   Pob 140489,   Irving, TX 75014-0489
516124919*     +Citifinancial/Onemain,   Citifinacial Inc.,   Pob 140489,   Irving, TX 75014-0489
516124924*     +Dsnb Bloomingdales,   Macy's Bankruptcy Dept.,   Po Box 8053,   Mason, OH 45040-8053
516124929*     +Kentwood Law Group,   5050 Palo Verde Street,   Suite 116,   Montclair, CA 91763-2333
516124941*     +The Dermatology Group, PC,   347 Mount Pleasant Avenue,   West Orange, NJ 07052-2749
516124943*     +Washington Mutual Mortgage/ Chase Home F,   Chase Records Center/Correspondence Mail,
                 700 Kansas Ln Mail Code La4-555,   Monroe, LA 71203-4774
516124931     ##Montclair Radiology,   4 Brighton Road,   Suite 200,   Clifton, NJ 07012-1665
516124936    ##+P. Scott Lowery, P.C.,   5680 Greenwood Plaza Blvd.,   Suite 500,
                 Greenwood Village, CO 80111-2415
                                                                                               TOTALS: 0, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leressa   Crockett    on behalf of Debtor Marie   Altema Crockettlegal@gmail.com,
               gconley103@gmail.com
              Nancy   Isaacson    nisaacson@greenbaumlaw.com, admin@remote7solutions.com;J101@ecfcbis.com
                                                                                             TOTAL: 3
```