UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM ROWE SMITH & DAVIS
75 LIVINGSTON AVE.
ROSELAND, NJ  07068
(973) 535-1600

**Order Filed on February 15, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| In Re: | | |
|---|---|---|
| MARIE ALTEMA, | Case No.: | 16-17428 |
| | Judge: | JKS |
| Debtor. | Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF  GREENBAUM, ROWE, SMITH & DAVI

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: February 15, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

In re:          Marie Altema

Case No.:     16-17428

Applicant:    Nancy Isaacson

(check all that apply) ☒  Trustee: ☒  Chap. 7          ☐  Chap. 11          ☐  Chap. 13.

                      ☐  Debtor: ☐  Chap. 11          ☐  Chap. 13

                      ☐  Official Committee of _____

Name of Professional:          Greenbaum, Rowe, Smith & Davis

Address of Professional:        75 Livingston Ave.

                               Roseland, NJ  07068

                               _____

                               _____

          ☒  Attorney for (check all that apply):

                      ☒  Trustee    ☐  Debtor-in-Possession

                      ☐  Official Committee of _____

          ☐  Accountant for:

                      ☐  Trustee    ☐  Debtor-in-Possession

                      ☐  Official Committee of _____

          ☐  Other Professional:

                      ☐  Realtor    ☐  Appraiser    ☐  Special Counsel    ☐  Auctioneer

                      ☐  Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity

        noted.

2

2.     Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.     The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*