| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| NANCY ISAACSON, ESQ. (NI/1325) GREENBAUM ROWE SMITH & DAVIS 75 LIVINGSTON AVE. ROSELAND, NJ  07068 (973) 535-1600 | **Order Filed on February 15, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:  MARIE ALTEMA,                           Debtor. | Case No.:       16-17428 Judge:              JKS Chapter:              7 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER AUTHORIZING
RETENTION OF   GREENBAUM, ROWE, SMITH & DAVIS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 15, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

In re:     Marie Altema

Case No.:   16-17428

Applicant:   Nancy Isaacson

(check all that apply) ☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

    ☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

    ☐ Official Committee of _____

Name of Professional:   Greenbaum, Rowe, Smith & Davis

Address of Professional:   75 Livingston Ave.

    Roseland, NJ 07068

☒ **Attorney for** (check all that apply):
- ☒ Trustee   ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee   ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Other Professional:
- ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.   The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:
Marie Altema
    Debtor

Case No. 16-17428-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 15, 2017
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2017.
db           #+Marie Altema,    15 N 7th Street,    Newark, NJ 07107-2926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2017 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Leressa Crockett    on behalf of Debtor Marie Altema Crockettlegal@gmail.com, gconley103@gmail.com
       Nancy Isaacson    nisaacson@greenbaumlaw.com,    admin@remote7solutions.com;J101@ecfcbis.com
       Thomas A. Waldman    on behalf of Trustee Nancy Isaacson twaldman@greenbaumlaw.com
                                                                                                                                       TOTAL: 4