UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM ROWE SMITH & DAVIS
75 LIVINGSTON AVE.
ROSELAND, NJ  07068
(973) 535-1600

**Order Filed on March 29, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARIE ALTEMA,

Debtor.

Case No.: 16-17428

Judge: JKS

Chapter: 7

Recommended Local Form:   ☒ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF JOHN CALDWELL, ESQUIRE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 29, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

In re:   Marie Altema

Case No.:   16-17428

Applicant:   Nancy Isaacson

(check all that apply)  ☒ Trustee:  ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:   John Caldwell, Esquire

Address of Professional:   Maglio, Christopher & Toale

1770 Pennsylvania Avenue NW, Suite 225

Washington, DC 20006

☐ Attorney for (check all that apply):
- ☐ Trustee   ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee   ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☒ Other Professional:
- ☐ Realtor   ☐ Appraiser   ☒ Special Counsel   ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*