UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM ROWE SMITH & DAVIS
75 LIVINGSTON AVE.
ROSELAND, NJ  07068
(973) 535-1600

Order Filed on March 29, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

 MARIE ALTEMA,

                    Debtor.

Case No.: _____ 16-17428 _____

Judge: _____ JKS _____

Chapter: _____ 7 _____

Recommended Local Form: ☒ Followed    ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF  JOHN CALDWELL, ESQUIRE _____

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: March 29, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

In re:          Marie Altema _____

Case No.:       16-17428 _____

Applicant:      Nancy Isaacson _____

(check all that apply) ☒  Trustee:  ☒  Chap. 7          ☐  Chap. 11          ☐  Chap. 13.

                ☐  Debtor:   ☐  Chap. 11       ☐  Chap. 13

                ☐  Official Committee of _____

Name of Professional:        John Caldwell, Esquire _____

Address of Professional:      Maglio, Christopher & Toale _____

                             1770 Pennsylvania Avenue NW, Suite 225

                             Washington, DC 20006 _____

                             _____

        ☐  Attorney for (check all that apply):

                ☐  Trustee   ☐  Debtor-in-Possession

                ☐  Official Committee of _____

        ☐  Accountant for:

                ☐  Trustee   ☐  Debtor-in-Possession

                ☐  Official Committee of _____

        ☒  Other Professional:

                ☐  Realtor   ☐  Appraiser   ☒  Special Counsel   ☐  Auctioneer

                ☐  Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity
        noted.

2

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-17428-JKS
Marie Altema                                                             Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Mar 29, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db              +Marie Altema,    32 Halstead St.,    Newark, NJ 07106-1102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Leressa  Crockett    on behalf of Debtor Marie  Altema Crockettlegal@gmail.com,
            gconley103@gmail.com
          Nancy  Isaacson    nisaacson@greenbaumlaw.com,    admin@remote7solutions.com;J101@ecfcbis.com
          Thomas A. Waldman    on behalf of Trustee Nancy  Isaacson twaldman@greenbaumlaw.com
                                                                          TOTAL: 4