Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−17428−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Marie Altema
 32 Halstead St.
 Newark, NJ 07106

Social Security No.:
 xxx−xx−4524

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    8/20/20
Time:    10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Vestcorp LLC, Accountant

COMMISSION OR FEES
$3,105.00

EXPENSES
$175.10

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 28, 2020
JAN: NI

    Jeanne Naughton
    Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                              Case No. 16-17428-JKS
Marie Altema                                                        Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 28, 2020
                              Form ID: 137             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
db             +Marie Altema,    32 Halstead St.,    Newark, NJ 07106-1102
aty            +Greenbaum, Rowe, Smith & Davis, LLP,    75 Livingston Avenue,    Roseland, NJ 07068-3788
aty             John Caldwell,    Maglio, Christopher & Toale,    1770 Pennsylvania Avenue NW,    Suite 225,
                 Washington, DC 20006
acc            +Vestcorp LLC,    623 Eagle Rock Ave,.,    Suite 364,    West Orange, NJ 07052-2948
516124904       Action Collection,    PO Box 505,    Linden, MI 48451-0505
516124908      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     Attn: Bankruptcy Dept,    PO Box 982235,
                 El Paso, TX 79998-2235)
516124915      +Citi Financial, Inc.,    c/o David A. Faloni, Esq.,    Faloni & Associates, LLC,
                 165 Passaic Ave., Suite 301B,    Fairfield, NJ 07004-3592
516124916      +Citibank/Exxon Mobile,    Citicorp Credit Srvs/Centralized Bankru,     Po Box 790040,
                 St Louis, MO 63179-0040
516124921       Convergent Outsourcing, Inc.,    800 SW 29th St,    Renton, WA 98057
516124923      +Dsnb Bloomingdales,    Macy's Bankruptcy Dept.,    Po Box 8053,    Mason, OH 45040-8053
516124927      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court: Green Tree Servicing,     Attention: Bankruptcy Dept,    Po Box 6154,
                 Rapid City, SD 57709)
516124926      +Garden State Endoscopy & Surgery,    1700 Galloping Hill Road,    Kenilworth, NJ 07033-1303
516124928      +Kentwood Law Group,    5050 Palo Verde Street,    STE 116,    Montclair, CA 91763-2333
516124930      +Law Firm of Allan C. Smith, P.C,    The Bucks County Office Center,
                 1276 Veterans Highway, Suite E-1,    Bristol, PA 19007-2597
516124931       Montclair Radiology,    4 Brighton Road,    Suite 200,    Clifton, NJ 07012-1665
516124932      +National City Mortgage/PNC Mtg,    Attn: Bankruptcy Department,    3232 Newmark Dr.,
                 Miamisburg, OH 45342-5433
516124934      +Northland Group,    PO Box 390846,    Mail Code F160,    Minneapolis, MN 55439-0846
516124935      +Northland Group, Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
516124937      +Rcs/cvi Loan Gt Trust,    Po Box 10497,    Greenville, SC 29603-0497
516124938      +Security Credit Services, LLC,    c/o W. Peter Ragan Jr.,    Ragan & Ragan,
                 3100 Rt. 138 West, Brinley Plaza Bldg. 1,    Wall, NJ 07719-9021
516124940      +The Dermatology Group PC,    347 Mount Pleasant Avenue,    West Orange, NJ 07052-2749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2020 23:12:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2020 23:12:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center, Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bnc@atlasacq.com Jul 28 2020 23:11:26      Atlas Acquisitions LLC,
                 AttnL Avi Schild,    294 Union Street,    Hackensack, NJ 07601-4303
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2020 23:20:30      Orion,
                 c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516124905       E-mail/Text: ebn@americollect.com Jul 28 2020 23:12:06      Americollect Inc,    Attn: Bankruptcy,
                 Po Box 1566,    Manitowoc, WI 54221
516124907      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 28 2020 23:11:44       Arizona Mail Order,
                 Wfnnb,    Po Box 182124,    Columbus, OH 43218-2124
516152171      +E-mail/Text: bnc@atlasacq.com Jul 28 2020 23:11:26      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
516124909      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 28 2020 23:11:44       Bedford Fair,
                 Comenity Capital Bank,    Po Box 183003,    Columbus, OH 43218-3003
516124922      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 23:20:34       CVI Loan GT Trust I,
                 55 Beattie Place,    Greenville, SC 29601-2165
516124910      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 23:20:07
                 Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
                 Denver, CO 80237-3485
516124912       E-mail/Text: cms-bk@cms-collect.com Jul 28 2020 23:11:43      Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516124911      ++E-mail/Text: cms-bk@cms-collect.com Jul 28 2020 23:11:43      Capital Management Services, LP,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
516124913      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2020 23:20:25       Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
516124917      +E-mail/PDF: cbp@onemainfinancial.com Jul 28 2020 23:20:20      Citifinancial/Onemain,
                 Citifinacial Inc.,    Pob 140489,    Irving, TX 75014-0489
516124920      +E-mail/Text: mediamanagers@clientservices.com Jul 28 2020 23:11:20       Client Services, Inc.,
                 3451 Harry S. Truman,    Saint Charles, MO 63301-9816
516124914       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 28 2020 23:19:58       Chase Card Services,
                 Po Box 15298,    Wilmington, DE 19050
516124942       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 28 2020 23:19:58
                 Washington Mutual Mortgage/ Chase Home F,    Chase Records Center/Correspondence Mail,
                 700 Kansas Ln Mail Code La4-555,    Monroe, LA 71203
516728106       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 23:20:35       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-2          User: admin               Page 2 of 2             Date Rcvd: Jul 28, 2020
                              Form ID: 137              Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516734609      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 23:20:34
                 Lawnwood Regional Medical Center,   c/o Resurgent Capital Services,   PO Box 1927,
                 Greenville, SC 29602-1927
516643166       E-mail/PDF: pa_dc_claims@navient.com Jul 28 2020 23:20:04      NAVIENT,
                 C/O Navient Solutions, Inc.,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
516124933      +E-mail/PDF: pa_dc_claims@navient.com Jul 28 2020 23:20:31      Navient,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
516179835       E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2020 23:20:30      Orion,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516777220      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:03
                 Orion Portfolio Services LLC,   c/o PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
516124939       E-mail/Text: bankruptcy@senexco.com Jul 28 2020 23:11:16      Senex Services Corp,
                 3500 Depauw Blvd.,   Suite 3050,   Indianapolis, IN 46268-6135
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516124906*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect Inc,   Attn: Bankruptcy,   Po Box 1566,
                 Manitowoc, WI 54221)
516813945*     +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
516124918*     +Citifinancial/Onemain,   Citifinacial Inc.,   Pob 140489,   Irving, TX 75014-0489
516124919*     +Citifinancial/Onemain,   Citifinacial Inc.,   Pob 140489,   Irving, TX 75014-0489
516124924*     +Dsnb Bloomingdales,   Macy's Bankruptcy Dept.,   Po Box 8053,   Mason, OH 45040-8053
516124943*     ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court: Washington Mutual Mortgage/ Chase Home F,
                 Chase Records Center/Correspondence Mail,   700 Kansas Ln Mail Code La4-555,
                 Monroe, LA 71203)
516124929*     +Kentwood Law Group,   5050 Palo Verde Street,   Suite 116,   Montclair, CA 91763-2333
516124941*     +The Dermatology Group, PC,   347 Mount Pleasant Avenue,   West Orange, NJ 07052-2749
516124925      ##+Financial Services Limited Partnership,   7322 Southwest Freeway,   Suite 1600,
                 Houston, TX 77074-2134
516124936      ##+P. Scott Lowery, P.C.,   5680 Greenwood Plaza Blvd.,   Suite 500,
                 Greenwood Village, CO 80111-2415
                                                                                  TOTALS: 0, * 8, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leressa Crockett    on behalf of Debtor Marie  Altema Crockettlegal@gmail.com,
               gconley103@gmail.com;crockettlr70262@notify.bestcase.com
              Nancy Isaacson     nisaacson@greenbaumlaw.com,  isaacson@remote7solutions.com;J101@ecfcbis.com
              Thomas A. Waldman    on behalf of Trustee Nancy  Isaacson twaldman@greenbaumlaw.com
                                                                                               TOTAL: 4
```