

**Order Filed on August 20, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:

  Marie Altema

              **DEBTOR**

Case No.:   16-17428 (JKS)

Judge:  Jack K. Sherwood

Chapter:      7

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby ORDERED.

**DATED: August 20, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Vestcorp LLC | $3,105.00 | $175.10 |