Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−17428−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marie Altema
  32 Halstead St.
  Newark, NJ 07106

Social Security No.:
  xxx−xx−4524

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:          July 1, 2021
TIME:          10:00 AM
LOCATION:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $200,000.00
TOTAL DISBURSEMENTS:     $200,000.00
BALANCE ON HAND:         $0.00

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Nancy Isaacson, Trustee

COMMISSION OR FEES
$0.00

EXPENSES
$0.00

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: June 2, 2021
JAN: lc

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 16-17428-JKS

Marie Altema                                                                                       Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                                       Page 1 of 3
Date Rcvd: Jun 02, 2021              Form ID: 192                                    Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Altema, 32 Halstead St., Newark, NJ 07106-1102 |
| aty | + | Greenbaum, Rowe, Smith & Davis, LLP, 75 Livingston Avenue, Roseland, NJ 07068-3788 |
| aty | | John Caldwell, Maglio, Christopher & Toale, 1770 Pennsylvania Avenue NW, Suite 225, Washington, DC 20006 |
| acc | + | Vestcorp LLC, 623 Eagle Rock Ave,., Suite 364, West Orange, NJ 07052-2948 |
| 516124904 | | Action Collection, PO Box 505, Linden, MI 48451-0505 |
| 516124908 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy Dept, PO Box 982235, El Paso, TX 79998-2235 |
| 516124915 | + | Citi Financial, Inc., c/o David A. Faloni, Esq., Faloni & Associates, LLC, 165 Passaic Ave., Suite 301B, Fairfield, NJ 07004-3592 |
| 516124921 | | Convergent Outsourcing, Inc., 800 SW 29th St, Renton, WA 98057 |
| 516124927 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree Servicing, Attention: Bankruptcy Dept, Po Box 6154, Rapid City, SD 57709 |
| 516124926 | + | Garden State Endoscopy & Surgery, 1700 Galloping Hill Road, Kenilworth, NJ 07033-1303 |
| 516124928 | + | Kentwood Law Group, 5050 Palo Verde Street, STE 116, Montclair, CA 91763-2333 |
| 516124930 | + | Law Firm of Allan C. Smith, P.C, The Bucks County Office Center, 1276 Veterans Highway, Suite E-1, Bristol, PA 19007-2597 |
| 516124931 | | Montclair Radiology, 4 Brighton Road, Suite 200, Clifton, NJ 07012-1665 |
| 516124932 | + | National City Mortgage/PNC Mtg, Attn: Bankruptcy Department, 3232 Newmark Dr., Miamisburg, OH 45342-5433 |
| 516124934 | + | Northland Group, PO Box 390846, Mail Code F160, Minneapolis, MN 55439-0846 |
| 516124935 | + | Northland Group, Inc, PO Box 390905, Minneapolis, MN 55439-0905 |
| 516124937 | + | Rcs/cvi Loan Gt Trust, Po Box 10497, Greenville, SC 29603-0497 |
| 516124938 | + | Security Credit Services, LLC, c/o W. Peter Ragan Jr., Ragan & Ragan, 3100 Rt. 138 West, Brinley Plaza Bldg. 1, Wall, NJ 07719-9021 |
| 516124940 | + | The Dermatology Group PC, 347 Mount Pleasant Avenue, West Orange, NJ 07052-2749 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2021 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2021 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bnc@atlasacq.com | Jun 02 2021 21:46:00 | Atlas Acquistions LLC, AttnL Avi Schild, 294 Union Street, Hackensack, NJ 07601-4303 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jun 02 2021 22:10:07 | Orion, c/o Recovery Management Systems Corp., Attn: Ramesh Singh, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516124905 | | Email/Text: ebn@americollect.com | Jun 02 2021 21:47:00 | Americollect Inc, Attn: Bankruptcy, Po Box 1566, Manitowoc, WI 54221 |
| 516152171 | | Email/Text: bnc@atlasacq.com | Jun 02 2021 21:46:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

| | | | | |
|---|---|---|---|---|
| 516124907 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2021 21:46:00 | Arizona Mail Order, Wfnnb, Po Box 182124, Columbus, OH 43218-2124 |
| 516124909 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2021 21:46:00 | Bedford Fair, Comenity Capital Bank, Po Box 183003, Columbus, OH 43218-3003 |
| 516124922 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2021 22:10:09 | CVI Loan GT Trust I, 55 Beattie Place, Greenville, SC 29601-2165 |
| 516124910 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2021 22:10:09 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 516124912 | | Email/Text: cms-bk@cms-collect.com | Jun 02 2021 21:46:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 516124911 | + | Email/Text: cms-bk@cms-collect.com | Jun 02 2021 21:46:00 | Capital Management Services, LP, 726 Exchange Street, Suite 700, Buffalo, NY 14210-1464 |
| 516124913 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 02 2021 22:11:05 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516124916 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2021 22:12:14 | Citibank/Exxon Mobile, Citicorp Credit Srvs/Centralized Bankru, Po Box 790040, St Louis, MO 63179-0040 |
| 516124917 | + | Email/PDF: cbp@onemainfinancial.com | Jun 02 2021 22:11:01 | Citifinancial/Onemain, Citifinacial Inc., Pob 140489, Irving, TX 75014-0489 |
| 516124920 | + | Email/Text: mediamanagers@clientservices.com | Jun 02 2021 21:45:00 | Client Services, Inc., 3451 Harry S. Truman, Saint Charles, MO 63301-9816 |
| 516124923 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2021 22:12:17 | Dsnb Bloomingdales, Macy's Bankruptcy Dept., Po Box 8053, Mason, OH 45040 |
| 516124914 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 02 2021 22:12:09 | Chase Card Services, Po Box 15298, Wilmington, DE 19050 |
| 516124942 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 02 2021 22:12:09 | Washington Mutual Mortgage/ Chase Home F, Chase Records Center/Correspondence Mail, 700 Kansas Ln Mail Code La4-555, Monroe, LA 71203 |
| 516728106 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2021 22:10:09 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516734609 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2021 22:11:11 | Lawnwood Regional Medical Center, c/o Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 516643166 | | Email/PDF: pa_dc_claims@navient.com | Jun 02 2021 22:10:07 | NAVIENT, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 516124933 | + | Email/PDF: pa_dc_claims@navient.com | Jun 02 2021 22:10:07 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 516179835 | | Email/PDF: rmscedi@recoverycorp.com | Jun 02 2021 22:11:09 | Orion, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516777220 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 02 2021 22:10:07 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516124939 | | Email/Text: bankruptcy@senexco.com | Jun 02 2021 21:45:00 | Senex Services Corp, 3500 Depauw Blvd., Suite 3050, Indianapolis, IN 46268-6135 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: 192 | Total Noticed: 45 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516124906 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect Inc, Attn: Bankruptcy, Po Box 1566, Manitowoc, WI 54221 |
| 516813945 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 516124918 | *+ | Citifinancial/Onemain, Citifinacial Inc., Pob 140489, Irving, TX 75014-0489 |
| 516124919 | *+ | Citifinancial/Onemain, Citifinacial Inc., Pob 140489, Irving, TX 75014-0489 |
| 516124924 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Bloomingdales, Macy's Bankruptcy Dept., Po Box 8053, Mason, OH 45040 |
| 516124943 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Washington Mutual Mortgage/ Chase Home F, Chase Records Center/Correspondence Mail, 700 Kansas Ln Mail Code La4-555, Monroe, LA 71203 |
| 516124929 | *+ | Kentwood Law Group, 5050 Palo Verde Street, Suite 116, Montclair, CA 91763-2333 |
| 516124941 | *+ | The Dermatology Group, PC, 347 Mount Pleasant Avenue, West Orange, NJ 07052-2749 |
| 516124925 | ##+ | Financial Services Limited Partnership, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 516124936 | ##+ | P. Scott Lowery, P.C., 5680 Greenwood Plaza Blvd., Suite 500, Greenwood Village, CO 80111-2415 |

TOTAL: 0 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Leressa Crockett | on behalf of Debtor Marie Altema Crockettlegal@gmail.com  gconley103@gmail.com;crockettlr70262@notify.bestcase.com |
| Nancy Isaacson | nisaacson@greenbaumlaw.com  isaacson@remote7solutions.com;J101@ecfcbis.com |
| Thomas A. Waldman | on behalf of Trustee Nancy Isaacson twaldman@greenbaumlaw.com |

TOTAL: 4