| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>NANCY ISAACSON, ESQUIRE<br>Greenbaum, Rowe, Smith & Davis, LLP<br>75 Livingston Ave., 3rd Floor<br>Roseland, NJ 07068<br>Chapter 7 Trustee | <br>**Order Filed on July 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Marie Altema,<br><br>       Debtor(s). | Case No. : 16-17428<br><br>Chapter 7<br><br>Judge: JOHN K. SHERWOOD |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following page, page number two (2), is hereby **ORDERED.**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: July 7, 2021**

Page 2
Debtor: ALTEMA, MARIE
Case No.: 16-17428
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is hereby

**ORDERED** that the sum of $0.00 is reasonable compensation for the services in this case by Nancy Isaacson, trustee, that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, and it is further

**ORDERED** that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and it is further

**ORDERED** that such sums are awarded to the trustee.